# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * *  *<br>**MEGAN DE'AN WHITTINGTON, et al.,**  *<br>*<br>**Plaintiffs,**  *<br>*<br>v.  *<br>*<br>**UNITED STATES,**  *<br>*<br>**Defendant.**  *<br>*<br>* * * * * * * * * * * * * * * * * * *  * | No. 22-1807C<br>Filed: May 4, 2023 |

**O R D E R**

On May 1, 2023, plaintiffs submitted to the Clerk's Office a submission titled: "Plaintiff's [sic] Opposition to Defendant's Motion to Dismiss." (alteration added). The Clerk's Office did not file the submission because there is no provision in the court's Rules for plaintiffs' submission. The defendant's motion to dismiss has been fully briefed. The court construes plaintiffs' May 1, 2023 submission as a sur-reply. Plaintiffs properly provided proof of service for the May 1, 2023 submission to defendant. Therefore, the court **INSTRUCTS** the Clerk's Office to **FILE** plaintiffs' May 1, 2023 submission labeled as a sur-reply to the defendant's motion to dismiss.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
